IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BOBBY E. MILTON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | NO. 11-cv-555-JPG-DGW |
| ) | |
| **GENERAL DYNAMICS ORDNANCE AND** ) | |
| **TACTICAL SYSTEMS, INC. and IRA** ) | |
| **E. CLARK DETECTIVE AGENCY, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

### JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice, without costs.

DATED:   July 23, 2012

                                      NANCY ROSENSTENGEL, Clerk of Court

                                      By:s/Deborah Agans, Deputy Clerk

APPROVED:   _s/J. Phil Gilbert_
                     J. PHIL GILBERT
                     U. S. DISTRICT JUDGE